**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6077**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DION BARTLETT,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:14-cr-00064-RGD-DEM-1)

Submitted:  April 25, 2019                                     Decided:  April 30, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dion Kinte Bartlett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dion Bartlett appeals the district court's order denying his sealed pro se motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bartlett*, No. 4:14-cr-00064-RGD-DEM-1 (E.D. Va. Dec. 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*